UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE L. BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and ERIC HOLDER,<br><br>Defendants. | No. 13-CV-00392-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Rodgers filed a Report and Recommendation, ECF No. 13, recommending that Mr. Burton's request to Voluntarily Dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion, ECF No. 11 is **GRANTED** and this complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee, ECF No. 12, is **GRANTED** and the institution having custody of Mr. Burton shall cease collection of the filing fee in this action, cause number **13-CV-00392-JTR.**

ORDER DISMISSING COMPLAINT -- 1

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED this 12th day of February 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING COMPLAINT -- 2